Stephen H. Harris, Law Office of Stephen Harris, Savannah, GA, for Plaintiffs-Appellants

William Thomas Mitchell, Cruser Mitchell Novitz Sanchez Gaston & Zimet, LLC, Norcross, GA, Shalena Cook Jones, Cruser & Mitchell, LLP, Savannah, GA, for Defendants-Appellees

Before MARCUS, JORDAN, and ROSENBAUM Circuit Judges.

PER CURIAM:

Hamilton and Britnee Kinard, represented by counsel, appeal the district court's order dismissing with prejudice their action for breach of contract, intentional tort, and stubborn litigiousness against Purple Heart Homes, Inc. and a number of individual defendants. After review, we affirm.

The Kinards' brief contains only four paragraphs of argument, and those paragraphs contain only general legal principles. The brief does not attempt to apply those principles to the allegations in the complaint, nor does it explain why the district court erred in concluding that the complaint failed to state claims upon which relief could be granted.

The Kinards have abandoned their claims because they have failed to provide appropriate arguments as to why they are entitled to relief. *See Sapuppo v. Allstate Floridian Ins. Co.*, 739 F.3d 678, 681 (11th Cir. 2014) ("We have long held that an appellant abandons a claim when he either makes only passing references to it or raises it in a perfunctory manner without supporting arguments and authority."). *See also* Fed. R. App. P. 28(a)(8) ("The appellant's brief must contain ... appellant's contentions and the reasons for them, with citations to the authorities and parts of the record on which the appellant relies"). We therefore affirm.

**AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Oliver IRELAND, Defendant-Appellant.**

**No. 17-13067**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(March 5, 2018)

Aileen Cannon, Jonathan Colan, Emily M. Smachetti, U.S. Attorney Service—Southern District of Florida, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Mark Clifford Katzef, Mark C. Katzef, PA, Aventura, FL, for Defendant-Appellant

Before TJOFLAT, NEWSOM and HULL, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Ireland's plea agreement is GRANTED. *See United States v. Bushert,* 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb,* 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry,* 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).